**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| DANIELLE DOBIAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 15-cv-05594 |
| | ) | |
| THE BOARD OF EDUCATION OF | ) | |
| OAK PARK AND RIVER FOREST | ) | |
| HIGH  SCHOOL DISTRICT 200, | ) | |
| THOMAS TARRANT, individually, and | ) | |
| JOHN STELZER, individually | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

The parties, through their respective counsel, by stipulation pursuant to FRCP 41 (a)(1)(A)(ii), having informed the court that all matters in controversy are settled, hereby request that this honorable Court dismiss the above-captioned case with prejudice with each party paying their own costs and attorneys' fees, with the right to reinstate in the event any payment due is not timely made.

Respectfully submitted,
Plaintiff,
By: /s/ Nicholas F. Esposito
One of her Attorneys

Nicholas F. Esposito
Bradley K. Staubus
Esposito & Staubus LLP
7055 Veterans Blvd., Unit B
Burr Ridge, IL 60527
(312) 346-2766

Respectfully submitted,
Defendants,
By: /s/ Jennifer L. Jones
One of their Attorneys

Joseph J. Perkoski (6216678)
Jennifer L. Jones (6309353)
ROBBINS SCHWARTZ NICHOLAS
LIFTON & TAYLOR, LTD.
55 West Monroe Street, Suite 800
Chicago, Illinois 60603
(312) 332-7760